PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-00533-SKO<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>(Doc. 20) |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

1. Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

2. Defendant's response to Plaintiff's opening brief is currently due August 16, 2021. Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and Guam.

4. The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in the eight assigned jurisdictions, at least part-time. The Region IX Office currently has a significant increase in merit briefs due beyond historical averages.

5. In addition to this "program" litigation, the 27 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads. The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

6. The undersigned attorney has eight briefs due in district court cases over the next month, as well as two pending Ninth Circuit appeals and two bankruptcy discharge matters.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of August 16, 2021. Therefore, Defendant seeks an extension of 30 days, until September 15, 2021, to respond to Plaintiff's opening brief.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 15, 2021, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

Date: *August 9, 2021*  PEÑA & BROMBERG, PLC

By:   */s/ Caspar Chan for Jonathan Pena\**
JONATHAN PENA
*\*Authorized by email on August 9, 2021*
Attorneys for Plaintiff

Date: *August 9, 2021*  PHILIP A. TALBERT
Acting United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the Parties' above stipulation (Doc. 20), and for good cause shown,

IT IS ORDERED that Defendant shall have an extension, up to and including September 15, 2021, to respond to Plaintiff's opening brief. All other dates in the Scheduling Order (Doc. 16) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 9, 2021**        */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE